

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-17-00489-CV

Paul **BLACK**,
Appellant

v.

Mikal **WATTS**; Watts Guerra LLP; James R. Harris; and Harris & Greenwell, LLP,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20874
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by November 2, 2017. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

KEITH E. HOTTLE,
Clerk of Court